MARK M. KASSABIAN, (BAR NO. 156595)
BUEHLER & KASSABIAN, LLP
350 West Colorado Boulevard
Suite 200
Pasadena, California 91105
Tel: (626) 792-0500
Fax: (626) 792-0505
e-mail: mkassabian@buehlerkassabian.com
Attorney for Defendant
AROUTIOUN TERTERIAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AROUTIOUN TERTERIAN,<br><br>　　　　Defendant.<br>_____ | Case No. CR 11-00737 DDP<br><br>FINDINGS OF FACT REGARDING LOSS AMOUNT ON COUNT OF CONVICTION |

　　1.　　The defendant was convicted on March 12, 2012 by his plea of guilty to a Single-Count Information.

　　2.　　The loss to the victim for the count of mail fraud to which defendant pled guilty and which defendant committed on July 10, 2009, was $1,918.53.

cc: all parties to a J&C

3. As part of his plea agreement, Defendant agreed to pay restitution both for the count to which he pled guilty and for relevant conduct as defined in U.S.S.G. § 1B1.3. The total restitution amount of $1,168,614.29 ordered by the Court included the $1,918.53 loss to the victim of the Single-Count Information. The balance of the restitution is for relevant conduct.

Dated: January 16, 2015

DEAN D. PREGERSON
United States District Judge